UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CASE NO.:

| | |
|---|---|
| DALE CRUSE, JERNEJ FURMAN, ALEX PROIMOS, BEN SCHUMIN, FALCO ERMERT, IVAN RADIC, MARCO VERCH, AND NENAD STOJKOVIC,<br><br>Plaintiffs,<br><br>v.<br><br>BLOCK, INC. fka SQUARE, INC. as successor by merger with WEEBLY, INC.,<br><br>Defendant. | |

**CERTIFICATE OF INTERESTED PERSONS
AND
CORPORATE DISCLOSURE STATEMENT**

Plaintiffs DALE CRUSE, JERNEJ FURMAN, ALEX PROIMOS, BEN SCHUMIN, FALCO ERMERT, IVAN RADIC, MARCO VERCH, and NENAD STOJKOVIC (collectively "Plaintiffs"), by and through their undersigned counsel, hereby discloses the following pursuant to Fed. R. Civ. P. 7.1:

1.   The undersigned counsel of record for a party in this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of a party's stock:

| | |
|---|---|
| **Dale Cruse** | **Plaintiff** |
| **Jernej Furman** | **Plaintiff** |
| **Alex Proimos** | **Plaintiff** |
| **Ben Schumin** | **Plaintiff** |
| **Falco Ermert** | **Plaintiff** |
| **Ivan Radic** | **Plaintiff** |
| **Marco Verch** | **Plaintiff** |
| **Nenad Stojkovic** | **Plaintiff** |
| **Block, Inc. fka Square, Inc. as successor by merger with Weebly, Inc.** | **Defendant** |

2.   The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

**None.**

3.   The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

| | |
|---|---|
| **Joel B. Rothman** | **Plaintiff's Counsel** |
| **Evan Andrew Andersen** | **Plaintiff's Counsel** |
| **SRIPLAW, P.A.** | **Plaintiff's Counsel** |

Dated:  February 23, 2022              Respectfully submitted,

                                        */s/ Evan A. Andersen*
                                        EVAN A. ANDERSEN
Georgia Bar Number: 377422
Evan.andersen@sriplaw.com
JOEL B. ROTHMAN
Georgia Bar Number: 979716
joel.rothman@sriplaw.com

**SRIPLAW, P.A.**
21301 Powerline Road
Suite 100
Boca Raton, FL  33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiffs Dale Cruse, Jernej Furman, Alex Proimos, Ben Schumin, Falco Ermert, Ivan Radic, Marco Verch, And Nenad Stojkovic*