IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DALE CRUSE, JERNEJ FURMAN ALEX PROIMOS, BEN SCHUMIN, FALCO ERMERT, IVAN RADIC, MARCO VERCH, and NENAD STOJKOVIC,<br><br>　Plaintiffs,<br><br>v.<br><br>BLOCK, INC., fka SQUARE, INC. as successor by merger with WEEBLY, INC.,<br><br>　Defendants. | CIVIL ACTION FILE NO.<br><br>1:22-CV-00783-SCJ |

### ORDER

The undersigned hereby **RECUSES** himself from consideration of the above-entitled action and **DIRECTS** the Clerk of Court reassign this matter in accordance with the Internal Operating Procedures of this Court.

**IT IS SO ORDERED** this 25th day of February, 2022.

　　　　　　　　　　　　　　　　　s/Steve C. Jones
　　　　　　　　　　　　　　　　　**HONORABLE STEVE C. JONES**
　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**