UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CASE NO.: 1:22-cv-00783-MHC

DALE CRUSE, JERNEJ FURMAN, ALEX PROIMOS, BEN SCHUMIN, FALCO ERMERT, IVAN RADIC, MARCO VERCH, and NENAD STOJKOVIC,

  Plaintiffs,

v.

BLOCK, INC. fka SQUARE, INC. AS SUCCESSOR BY MERGER WITH WEEBLY, INC.,

  Defendant.

## ORDER GRANTING
## CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO TRANSFER

Having considered the Consent Motion for Extension of Time to Respond to Defendant's Motion to Transfer (the "Motion,") filed by Plaintiffs DALE CRUSE, JERNEJ FURMAN, ALEX PROIMOS, BEN SCHUMIN, FALCO ERMERT, IVAN RADIC, MARCO VERCH, and NENAD STOJKOVIC (collectively "Plaintiffs") and Defendant BLOCK, INC. fka SQUARE, INC. as successor by

merger with Weebly, Inc. ("Block"), and for good cause shown, THE COURT ORDERS AS FOLLOWS:

1. The Motion is GRANTED.

2. Plaintiffs' response to the Motion shall be due on July 15, 2022.

Dated: July 7th, 2022.

_____
Honorable Mark H. Cohen
UNITED STATES DISTRICT JUDGE