**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

**CASE NO.: 1:22-cv-00783-MHC**

DALE CRUSE, JERNEJ FURMAN,
ALEX PROIMOS, BEN SCHUMIN,
FALCO ERMERT, IVAN RADIC,
MARCO VERCH, and NENAD
STOJKOVIC,

        Plaintiffs,

v.

BLOCK, INC. as successor by merger
with WEEBLY, INC.,

        Defendant.

_____

**ORDER GRANTING**
**JOINT MOTION FOR EXTENSION OF TIME TO HOLD EARLY**
**PLANNING CONFERENCE AND FILE**
**JOINT PRELIMINARY REPORT AND DISCOVERY PLAN**

Having considered the parties' Joint Motion for Extension of Time to hold

the Early Planning Conference and File their Joint Preliminary Report and

Discovery Plan (the "Motion,") filed by Plaintiffs DALE CRUSE, JERNEJ

FURMAN, ALEX PROIMOS, BEN SCHUMIN, FALCO ERMERT, IVAN

RADIC, MARCO VERCH, and NENAD STOJKOVIC (collectively "Plaintiffs")

and Defendant BLOCK, INC. ("Block"), and for good cause shown, THE COURT ORDERS AS FOLLOWS:

1.    The Motion is GRANTED.

2.    The Early Planning Conference shall be held on or before sixteen days after this Court grants or denies Block's Motion to Transfer, and the Joint Preliminary Report and Discovery Plan shall be filed on or before fourteen days thereafter.

Dated: July 12, 2022.

_____
Honorable Mark H. Cohen
UNITED STATES DISTRICT JUDGE